```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00001
    BEVERLY WILLIS
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6428

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/01/2007 and was confirmed 04/23/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC     SECURED NOT I   1050.00          .00       1050.00
WILSHIRE CREDIT CORPORAT CURRENT MORTG       .00          .00           .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE       .00          .00           .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG       .00          .00           .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE       .00          .00           .00
CAPITAL ONE BANK         UNSECURED      NOT FILED         .00           .00
AMERITECH CONSUMER       UNSECURED      NOT FILED         .00           .00
CREDIT ONE BANK          UNSECURED      NOT FILED         .00           .00
COMCAST                  UNSECURED      NOT FILED         .00           .00
NATIONWIDE ACCEPTANCE~   UNSECURED      NOT FILED         .00           .00
WEST SIDE EMERGENCY PHYS UNSECURED         222.00         .00           .00
RESURGENT CAPITAL SERVIC UNSECURED         678.96         .00           .00
NUVELL CREDIT CO LLC     UNSECURED       10987.43         .00        350.00
WILSHIRE CREDIT CORPORAT UNSECURED      NOT FILED         .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY      2,623.00                 2,254.92
TOM VAUGHN               TRUSTEE                                     244.41
DEBTOR REFUND            REFUND                                         .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 3,899.33

PRIORITY                                            .00
SECURED                                        1,050.00
UNSECURED                                        350.00
ADMINISTRATIVE                                 2,254.92
TRUSTEE COMPENSATION                             244.41
DEBTOR REFUND                                       .00
                     ---------------      ---------------
TOTALS                  3,899.33               3,899.33

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 00001 BEVERLY WILLIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |